# BANKRUPTCY RECORD